158 A.3d 18

IN THE MATTER OF PHILLIP F. DRINKWATER, III, AN
ATTORNEY AT LAW (ATTORNEY NO. 010561992)

March 15, 2017

## ORDER

The Disciplinary Review Board having filed with the Court
pursuant to *Rule* 1:20–15(k) a recommendation (DRB 16–372) that
**PHILLIP F. DRINKWATER, III**, formerly of **PENNSAUKEN**,
who was admitted to the bar of this State in 1992, and who has
been transferred to disability inactive status by Order of this
Court filed July 1, 2015, be suspended from the practice of law for
failure to comply with the determination of the District IV Fee
Arbitration Committee in Docket No. IV–2014–0090F, and good
cause appearing;

It is ORDERED that **PHILLIP F. DRINKWATER, III**, be
temporarily suspended from the practice of law, effective April 14,
2017, and until respondent complies with the determination of the
District IV Fee Arbitration Committee in Docket No. IV–2014–
0090F, and until the further Order of the Court; provided, however-
er, this Order shall be vacated automatically if the Disciplinary
Review Board reports to the Court that prior to the effective date
of the suspension, respondent has satisfied all obligations under
this Order; and it is further

ORDERED that if respondent seeks to be heard on this matter,
he shall file with the Clerk of the Court within ten days of the file
date of this Order a written request for the issuance of an Order
to Show Cause; and it is further

ORDERED that the entire record of this matter be made a
permanent part of respondent's file as an attorney at law of this
State; and it is further

ORDERED that respondent be restrained and enjoined from
practicing law during the period of his suspension and that he
comply with *Rule* 1:20–20.